ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH
Special Assistant United States Attorney
California Bar No. 160872

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile:  (415) 977-8873
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA DAYANA PEREZ,  )<br>  )<br>  )<br>  )<br>    Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>  )<br>    Defendant.  )<br>_____) | No. CV-08-6860 SH<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: August 20, 2012    _____
                                         HON. STEPHEN HILLMAN
                                         UNITED STATES MAGISTRATE JUDGE