IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, NORMA DAYANA PEREZ

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NORMA DAYANA PEREZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 08-6860  SH<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>HON. STEPHEN J. HILLMAN<br><br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS ($5,400.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 04, 2012

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　HON. STEPHEN J. HILLMAN
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE